**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### FOR THE   CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **STEVEN BASKENT** | Case No. 2:08-cv-04975-SJO-AGR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **FMS INVESTMENT CORPORATION** | (Assigned to the Honorable James S. Otero) |
| **Defendant.** | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of February, 2009

                By: s/Tammy Hussin
                    Tammy Hussin (155290)
                    WEISBERG & MEYERS, LLC
                    Attorney for Plaintiff

1  Filed electronically on this 10th day of February, 2009, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

4

5  Honorable James S. Otero
United States District Court
6  Central District of California

7
Thomas Bourke
8  Law Offices of Thomas Bourke
601 West Fifth St.
9  8th Floor
10  Los Angeles CA 90071

11

12  This 10th day of February, 2009.

13  s/Tremain Davis
14  Tremain Davis

15

16

17

18

19

20

21

22

23

24

25

26

27

28