Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
866 775 3666
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEVEN BASKENT | Case No. 2:08-cv-04975-SJO-AGR |
| Plaintiff, | JOINT REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| FMS INVESTMENT CORPORATION | (Assigned to the Honorable James S. Otero) |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that the parties hereby motion to the court that this matter be dismissed with prejudice. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 21st day of April, 2009

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
866 775 3666
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

By: /s/ Thomas Bourke
Thomas Bourke
Law Offices of Thomas Bourke
601 West Fifth St.
8th Floor
Los Angeles CA 90071
Attorney for Defendant

Filed electronically on this 21st day of April, 2009 with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable James S. Otero
United States District Court
Central District of California

Thomas Bourke
Law Offices of Thomas Bourke
601 West Fifth St.
8th Floor
Los Angeles CA 90071

s/Tammy Hussin
Tammy Hussin