**UNITED STATES DISTRICT COURT**   JS-6
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **STEVEN BASKENT** | ) Case No. 2:08-cv-04975-SJO-AGR |
| **Plaintiff,** | ) **ORDER TO DISMISS** |
| vs. | ) |
| **FMS INVESTMENT CORPORATION** | ) (Assigned to the Honorable James S. Otero) |
| **Defendant.** | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 23rd day of April, 2009.

*S. James Otero*

_____
The Honorable James S. Otero